| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>12/18/2023 | DATE AND TIME WARRANT EXECUTED<br>12/19/2023 at 10:00 AM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Minerva Tanare, Cathay Bank, 4128 Temple City Blvd., Rosmead, CA 91770 |
| INVENTORY MADE IN THE PRESENCE OF<br>SA Fred Apodaca and TS Luis F. Perez on 12/20/2023 | | |
| INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT<br>Cathay Bank, cashier's check #2071008007, amount of $141,684.62, payable to the United States Secret Service, dated 12/18/2023. | | |
| CERTIFICATION | | |

*I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and will be returned through a filing with the Clerk's Office.*

Date: 12/20/2023

FRED D APODACA   Digitally signed by FRED D APODACA
Date: 2023.12.20 16:40:39 -08'00'

_____
*Executing Officer's Signature*

SA Fred Apodaca
_____
*Printed Name and Title*